UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD VINCENT RAY,

　　　　　Petitioner,

　　v.

JEFFREY BEARD,

　　　　　Respondent.

Case No. 15-cv-05327-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 4

Respondent has filed a request for an extension of the deadline to respond to the petition for writ of habeas corpus. Upon due consideration of the request and the accompanying declaration of attorney Robert Reyeff, the court GRANTS the request. (Docket No. 4.) The court now sets the following new briefing schedule: Respondent must file and serve his answer or other response to the petition for writ of habeas corpus no later than **May 6, 2016**. Petitioner must file and serve his traverse no later than **June 3. 2016**.

**IT IS SO ORDERED**.

Dated: April 1, 2016

_____
SUSAN ILLSTON
United States District Judge