UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD,<br><br>　　　　Respondent. | Case No.   15-cv-05327-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 24, 2016

_____
SUSAN ILLSTON
United States District Judge